IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

    Plaintiff,

v.

TELLER COUNTY, COLORADO,
THE CITY OF CRIPPLE CREEK, COLORADO,
MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity,
GARY HAMILTON, Former Teller County Chief of Police, in his individual and official capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual and official capacity,

    Defendants.

_____

ORDER DISMISSING TELLER COUNTY
_____

    Upon consideration of the motion to dismiss filed by "Teller County" and because the Board of County Commissioners of Teller County have no authority to supervise or control the law enforcement operations of the Sheriff, an independent constitutional officer, it is

    ORDERED, that Teller County is dismissed as a defendant in this civil action.

    DATED: January 24th, 2013

               BY THE COURT:

               s/Richard P. Matsch

               _____
               Richard P. Matsch, Senior District Judge