IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

      Plaintiff,

v.

THE CITY OF CRIPPLE CREEK, COLORADO,
MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity,
GARY HAMILTON, Former Teller County Chief of Police, in his individual and official capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual and official capacity,

      Defendants.

_____

ORDER DISMISSING GARY HAMILTON
_____

      Upon review of the unopposed motion to voluntarily dismiss Gary Hamilton [28] filed March 7, 2013, it is

      ORDERED that all claims against Defendant Gary Hamilton in his individual and official capacities are dismissed, each party to bear their own costs and attorneys' fees.

      DATED: March 8th, 2013

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge