IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

    Plaintiff,

v.

THE CITY OF CRIPPLE CREEK, COLORADO,
MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual and official capacity,

    Defendants.

_____

ORDER AMENDING SCHEDULING ORDER
_____

    Pursuant to the unopposed motion to amend scheduling order [35] filed July 15, 2013, it is

    ORDERED that the Scheduling Order is amended to extend deadlines as follows:

- July 29, 2013 – Law Enforcement retained and non-retained contradicting experts;

- August 12, 2013 – Rebuttal experts for Law Enforcement retained and nonretained contradicting experts;

- September 30, 2013 – Medical retained contradicting experts;

- October 30, 2013 – Rebuttal experts for medical retained contradicting experts;

- November 1, 2013 – Interrogatory and Request for Production submission deadline (33 days before discovery cutoff);

- December 4, 2013 – Discovery Cutoff; and

- January 6, 2014 – Dispositive Motion deadline.

DATED:   July 16th, 2013

BY THE COURT:

s/Richard P. Matsch

―――――――――――――――――――
Richard P. Matsch, Senior District Judge