# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                     March 14, 2014
Courtroom Deputy:         J. Chris Smith
FTR Technician:           Kathy Terasaki

_____

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,                                              David A. Lane
                                                          Tiffany J. Drahota

     Plaintiff,

v.

THE CITY OF CRIPPLE CREEK, COLORADO,                      Jennifer F. Kemp
MIKE ENSMINGER, Teller County Sheriff,                    Leslie L. Schluter
in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and
Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County
Emergency Response Team, in his individual and official capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team,
in his individual and official capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual and official capacity,

     Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**10:58 a.m.**      **Court in session.**

Court's preliminary remarks.

Argument by Ms. Drahota.
Argument by Ms. Kemp.
Further argument by Ms. Drahota.

Discussion regarding discovery (Ms. Drahota (review V.A. records and Ms. Schluter).

**ORDERED:**   **Stay Order on discovery is vacated.  Plaintiff permitted 45 days (April 28, 2014) to obtain medical experts.**

March 14, 2013
12-cv-02735-RPM

Continued argument by Ms. Drahota.

**ORDERED:** **Cripple Creek Defendants' Motion for Summary Judgment [42], is taken under advisement.**

**Plaintiff's Unopposed Motion for Status Conference [54], is moot as issues addressed during this hearing.**

**11:27** a**.m.**     **Court in recess.**

Hearing concluded.  Total time: 29  min.