IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

    Plaintiff,

v.

THE CITY OF CRIPPLE CREEK, COLORADO,
MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity, and
APRIL PETERSON, Cripple Creek Chief of Police, in her individual and official capacity,

    Defendants.

_____

## JUDGMENT
_____

    Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on March 18, 2014, it is

    ORDERED AND ADJUDGED that this civil action is dismissed as to Defendant April Peterson and Defendant City of Cripple Creek.  Defendants are awarded costs upon the filing of a bill of costs within 14 days.

    DATED:   March 18$^h$, 2014

                        FOR THE COURT:

                        JEFFREY P. COLWELL, Clerk

                             s/M. V. Wentz
                        By_____
                                Deputy