IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

        Plaintiff,

v.

MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County
Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County
Emergency Response Team, in his individual and official capacity, and
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his
individual and official capacity,

        Defendants.

_____

ORDER EXTENDING DEADLINES TO OBTAIN AND DISCLOSE MEDICAL EXPERTS
_____

        Upon review of the Joint Motion for Extension on Deadlines to Obtain and Disclose

Medical Experts and Contradicting Medical Experts [64] filed April 21, 2014, it is

        ORDERED that the motion is granted.  The deadline for Plaintiff to obtain and disclose

his medical experts is extended to May 26, 2014 , and the deadline for Defendants to obtain and

disclose their contradicting medical experts is extended to August 7, 2014 .

        DATED:   April 22nd, 2014

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge