IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

    Plaintiff,

v.

MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity, and
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity,

    Defendants.

_____

## ORDER EXTENDING MEDICAL EXPERT DEADLINES
_____

Upon review of Plaintiff's Motion for One-Day Extension on Parties' Medical Expert Deadlines [67] filed May 22, 2014, it is

ORDERED that the motion is granted.  The deadline for Plaintiff to obtain and disclose his medical experts is extended to May 27, 2014 , and the deadline for Defendants to obtain and disclose their contradicting medical experts is extended to August 8, 2014 .

DATED:   May 23rd, 2014

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge