IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02735-RPM

PAUL BAUMAN,

    Plaintiff,

v.

MIKE ENSMINGER, Teller County Sheriff, in his individual and official capacity,
STAN BISHOP, Teller County Undersheriff, in his individual and official capacity,
JOSH WEATHERILL, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity,
NICK HARTBAUER, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team, in his individual and official capacity, and
JESSE BAKER, Tactical Medic of the Teller County Emergency Response Team, in his individual and official capacity,

    Defendants.
_____

## ORDER EXCLUDING OPINIONS
_____

    Having reviewed the reports of Dr. Jeffrey Bruce Kleiner, M.D. and Dr. Howard J. Entin, M.D. submitted as Exhibits A and B to the defendants' Motion to Reconsider [Doc. 79] and finding that neither report provides a basis for a professional opinion under FRE 702, it is

    **ORDERED**, that the opinions of both doctors are excluded and it is

    **FURTHER ORDERED,** that exhibits A and B are restricted under level 1 of the D.C. Colo. L Civ R 7.2 (b).

    Dated: May 15th, 2015

                      BY THE COURT:

                      s/Richard P. Matsch

                      Richard P. Matsch, Senior District Judge